UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SCOTT PIERCE,

                Petitioner,

v.

WARDEN, FCI FAIRTON,

                Respondent.

Civil Action No: 25-19030 (SDW)

**WHEREAS OPINION**

February 2, 2026

**WIGENTON**, District Judge.

    **THIS MATTER** having come before this Court upon *pro se* Petitioner Scott Pierce's ("Petitioner") petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) and application to proceed *in forma pauperis* ("Application") (ECF No. 4); and

    **WHEREAS** a prisoner seeking to proceed *in forma pauperis* must submit (a) an affidavit setting forth information which establishes that the petitioner is unable to pay the fees and costs of the proceedings, and (b) a certification signed by an authorized officer of the institution certifying (1) the amount presently on deposit in the prisoner's prison account and, (2) the greatest amount on deposit in the prisoner's institutional account during the six-month period prior to the date of the certification. L.Civ.R. 81.2(b).  If the institutional account of the petitioner exceeds $200, the petitioner shall not be considered eligible to proceed *in forma pauperis*.  L.Civ.R. 81.2(c).; and

    **WHEREAS** Petitioner's Application is incomplete because the prison official did not fill out the portion of the form asking for the amount presently in Petitioner's account and the greatest amount on deposit for the past six months, (ECF No. 4 at 5); and

    **WHEREAS** the submitted account statement ends in May 2025 (*id.* at 8); and

    **WHEREAS** Petitioner states on the application that he does not receive any money from

the prison, but the deposit sheet indicates regular payroll deposits, (*id*. at 4, 9); and

**WHEREAS** this Court concludes that Petitioner can pay the $5.00 filing fee and will deny the Application. The Clerk shall be ordered to reopen these proceedings upon payment of the filing fee.

An appropriate order follows.

*[signature]*

**SUSAN D. WIGENTON, U.S.D.J.**